THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES RAINEY, Appellant

Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ROCCO, THOMAS SELKIRK and ANDREW STAUSS, Appellants.

Ughetta, Acting P, J,, Christ, Brennan, Benjamin and Munder, JJ., concur,